**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Edward E. Smith, Jr. | : | Case No 25-11741-djb |
| Debtor | : | |
| | : | |

O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before May 30, 2025

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

**Date: May 20, 2025**